In re McGOVERN. (Supreme Court, Appellate Division, First Department. April 30, 1909.) In the matter of John McGovern, deceased. No opinion. Motion granted, with $10 costs. Order filed.

McINTYRE, Appellant, v. BURNS, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Michael McIntyre against Michael F. Burns. A. Rosenthal, for appellant. F. Hulse, for respondent. No opinion. Order affirmed, with costs. Order filed.

In re McMANUS' WILL. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) In the matter of the probate of the last will and testament of Elizabeth McManus, late of the county of Nassau, deceased.

PER CURIAM. Decree of the Surrogate's Court of Nassau county affirmed, with costs.

HIRSCHBERG, P. J., dissents, on the ground of the conflicting findings to the effect that the deceased was of sound and disposing mind and memory and also afflicted with senile dementia on the day the will was executed.

McTERNAN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Patrick McTernan against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MAGGIO v. A. H. MEYER CO. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Providenza Maggio against the A. H. Meyer Company. No opinion. Motion granted, with $10 costs. Order filed.

MAISCH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Rudolph Maisch against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MATHEWS, Respondent, v. SCHONWALD, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Townsend Mathews against Margaretha Schonwald. No opinion. Motion denied, with $10 costs.

MATTHEWS et al., Appellants, v. HALL, Respondent. (Supreme Court, Appellate Division, First Department. April 23, 1909.) Action by William H. Matthews and another against Thomas Hall. D. T. Kimball, for appellants. J. Kearney, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

MAYER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Jennie C. Mayer against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MAYER, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Rosalynde De Lima Mayer against Cyrus P. Jones and others. No opinion. Motion for stay granted, without costs. See, also, 116 N. Y. Supp. 300.

MECHANICS' & TRADERS' BANK, Respondent, v. O'BANNON, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by the Mechanics' & Traders' Bank against J. W. O'Bannon. J. I. T. Bailey, for appellant. C. E. Treadwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MICHELS, Appellant, v. WAGNER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by William H. Michels against Ernest C. Wagner. No opinion. Order of the Municipal Court affirmed, with costs.

MILLER v. ÆTNA LIFE INS. CO. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Charles D. Miller against the Ætna Life Insurance Company. No opinion. Motion granted, with $10 costs. Order filed.

MILLER, Appellant, v. GARDNER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by John Miller against John M. Gardner. No opinion. Motion denied, with $10 costs.

In re MONTANYE. (Supreme Court, Appellate Division, First Department. April 30, 1909.) In the matter of William H. Montanye, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOORE, Respondent, v. GRANT et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Hugh Moore against Eugene J. Grant and another. No opinion. Motion denied.

MOOT, Respondent, v. PHŒNIX INS. CO OF HARTFORD, CONN., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Floyd Moot against the Phœnix Insurance Company of Hartford, Conn. No opinion. Judgment unanimously affirmed, with costs.

MORAN, Respondent, v. NEW YORK & Q. C. RY. CO. et al., Appellants. (Supreme